IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAHIDA MUHAIYADDEEN ALI,** et al., | : : : | **CIVIL ACTION** |
|      **Plaintiffs,** | : : | |
| v. | : : | |
| **UNITED COMPANIES LENDING CORP.**, et al., | : : : | No. 02-3788 |
|      **Defendants** | : | |

## ORDER

**AND NOW**, this     day of **June, 2002**, upon consideration of Plaintiffs' Motion for Leave to Proceed in Forma Pauperis, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Leave to Proceed in Forma Pauperis (document no. 1) is **GRANTED**.

2. The above-captioned case is **DISMISSED** for lack of jurisdiction.

BY THE COURT:

_____
**Berle M. Schiller, J.**